ARCHER v LONG, November Term, 1894.   On the call of this
case at April Term, 1894, the appeal was dismissed for want of
prosecution.   See 41 S. C., 551.   At this term, on motion duly
noticed, the appellant moved for an order restoring the appeal.
This motion was refused, the Chief Justice saying substantially
as follows: This is a motion made at this term of the court, in
behalf of the appellants, to reinstate on the docket the appeal
in the case dismissed at the last April Term of this court, under
Rule 11, for failure by appellants to comply with the require-
ments of Rule 8.   This Rule 11 was amended at the last April
Term of this court, and under that rule, as it now reads, an
appellant may move to reinstate an appeal so dismissed, if
good cause be shown; but the rule contemplates a motion at
the same term, if practicable, the language being: "Provided,
however, that the court, in its discretion, may reinstate an ap-
peal dismissed for such default, if good cause be shown therefor,
under a motion to that effect, of which at least one day's notice
shall be given to the attorney of the opposite party, such motion
to be made during the time assigned for the call of cases from
the Circuit from which such appeal comes, or as soon thereafter
as it is practicable to give the required notice."   The appeal
in this case was dismissed by order dated 21st May, 1894.   41

35—42

S. C., 551.   Rule 11 was amended 2d June, 1894, to take effect
on July 1, 1894.   The rule as amended cannot, therefore, gov-
ern this motion.   In addition, the court is of opinion that no
sufficient showing has been made to excuse the failuie by
appellants to comply with the requirements of Rule 8.   There-
fore, the motion must be refused.

Thereupon the following order was passed December 19, 1894,

PER CURIAM.   This is a motion to reinstate the appeal herein,
which was dismissed at the last April Term of this court.   After
hearing the affidavits and the argument of counsel for the appel-
lants, it is ordered, that the motion be and it is hereby refused.
*W. W. Thomson*, for the motion.   *D. E. Hydrick*, contra.